UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:06-CR-378-RLH-GWF |
| vs. ) | |
| DANA ANDRE HINES ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#97) on June 12, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $4,507.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $20,466.00

Name of Payee: US BANK
Amount of Restitution: $1,792.00

Name of Payee: SILVER STATE SCHOOLS CREDIT UNION
Amount of Restitution: $2,402.00

**Total Amount of Restitution ordered:** $29,167.00\*\*

\*\*Joint and Several with co-defendants Stephen Bull and Alex McCray

Dated this ____5____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE